# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Shantel Brown<br><br>          Plaintiff<br><br>vs.<br><br>Christopher Ferguson, Clark Transportation, Inc. John Does 1-5, whose present identities are unknown<br><br>          Defendants | CIVIL ACTION<br><br>NO. 3:17-cv-06306-PGS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against either party.

_____
Jay A. Gebauer, Esquire
Fowler, Hirtzel, McNulty & Spaulding
Attorney for Defendants

_____
Neil P. Greenberg, Esquire
Hoffman, Sternberg & Karpf, LLC
Attorney for Plaintiff

{W0882061.1}